**FILED**
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI - EDINBURG

**6/2/15**

**CECILE FOY GSANGER, CLERK**
**BY DTello**

RECEIVED

~~FILED IN~~
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS

6/2/2015 5:57:40 PM

DORIAN E. RAMIREZ
Clerk

# EXHIBIT 1

STATE OF TEXAS                  §
                                          §

COUNTY BEXAR              §
                                          §

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Dante Dominguez, who, being by me dually sworn, deposes as follows:

My name is Dante Dominguez, I am of sound mind, over the age of majority, capable of making this affidavit, and personally acquainted with the facts herein stated:

I was the attorney for the Defendant, Mr. Ringelstein in *Ringelstein v. State*, 13-15-CR00124-CR. I received the Order concerning the Order and Memorandum Opinion, issued April 23, 2015 dismissing the appeal for want of jurisdiction. I did not mail copies of the Order and Memorandum Opinion to the client who is in custody. The client wishes to pursue this appeal. As such, the client has retained more experienced counsel in order to pursue this appeal, as I have only been licensed since November of 2014.

AFFIANT FURTHER SAITH NOT.

Signed: _____      _Danté Dominguez_
                (AFFIANT)                             (Print Name)

Sworn and subscribed before me, this the 2nd , day of June     A.D. 2015.

By: _____ My commission expires: 4/10/2016
     Notary Public

LORETTA SORENSEN
My Commission Expires
April 10, 2016

1